**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 15-6112**

—————

CLINTON D. COX,

                Petitioner - Appellant,

        v.

TERRY O'BRIEN, Warden,

                Respondent - Appellee.

—————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, District Judge. (3:14-cv-00021-GMG-RWT)

—————

Submitted: March 12, 2015                Decided: March 17, 2015

—————

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Clinton D. Cox, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia; Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton D. Cox, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Cox v. O'Brien, No. 3:14-cv-00021-GMG-RWT (N.D.W. Va. Jan. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED